# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-40374
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 11, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERT PAYNE WATSON, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:14-CR-89-1

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:[*]

Robert Payne Watson, Jr., appeals his conviction for failing to register as a sex offender, in violation of 18 U.S.C. § 2250(a). He contends that the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. §§ 16901-62, violates the Ex Post Facto Clause. We rejected the same challenge to SORNA in *United States v. Young*, 585 F.3d 199, 204-05 (5th Cir. 2009), and again in *United States v. Johnson*, 632 F.3d 912, 917-18 (5th Cir. 2011). We cannot

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40374

overrule the decision of another panel absent an en banc or superseding Supreme Court decision. *See United States v. Lipscomb*, 299 F.3d 303, 313 n.34 (5th Cir. 2002). As such, the judgment of the district court is AFFIRMED.